Hazel L. GLESENKAMP, Appellant,

v.

NATIONWIDE MUTUAL INSURANCE
CO., Appellee.

No. 74–2326.

United States Court of Appeals,
Ninth Circuit.

July 20, 1976.

Ernest M. Thayer, of Carroll, Burdick &
McDonough, San Francisco, Cal., for appellant.

* Honorable James M. Burns, United States District Judge, District of Oregon, sitting by designation.

Guy O. Kornblum and William D. Hunter,
of Pettit, Evers & Martin, San Francisco,
Cal., for appellee.

OPINION

Before ELY and CARTER, Circuit
Judges, and BURNS,* District Judge.

PER CURIAM:

Upon the basis of the very carefully reasoned "MEMORANDUM OF OPINION AND ORDER", written by District Judge Renfrew and reported at 71 F.R.D. 1 (N.D. Cal.1976),[1] the District Court's judgment is

AFFIRMED.

1. Another of Judge Renfrew's opinions that pertains to the controversy is reported at 344 F.Supp. 517 (N.D.Cal.1972).